IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK HEINES, | § | |
| *Plaintiff,* | § § § | SA-21-CV-01118-OLG |
| vs. | § § | |
| LIFESHIELD NATIONAL INSURANCE CO., INTERNATIONAL BENEFITS ADMINISTRATORS, LLC, AMERICAN HEALTH HOLDINGS, INC., INSURANCETPA.COM, CHRISTUS HEALTH, | § § § § § § § | |
| *Defendants.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On April 12, 2013, the undersigned issued a Report and Recommendation recommending that the Court grant Plaintiff's Motion to Remand. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 13th day of April, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1